UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEON BRAU,<br>Plaintiff,<br>v.<br>CALIFORNIA HIGHWAY PATROL, et al.,<br>Defendants. | No. 2:26-cv-3351-DC-AC<br><br><u>ORDER</u> |

Plaintiff is proceeding in this action pro se. Pre-trial proceedings are accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

All parties instituting any civil action, suit, or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee. <u>See</u> 28 U.S.C. § 1914(a). Under 28 U.S.C. § 1915(a)(1), a pro se plaintiff may proceed without prepayment of fees by submitting "an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." <u>See</u> <u>Flores v. Cal. Corr. Women's Facility,</u> No. 1:19-cv-1509-NONE-JLT, 2020 U.S. Dist. LEXIS 110867, 2020 WL 8821643, at *1 (E.D. Cal. June 24, 2020) (noting that § 1915(a)(1) applies to non-prisoner plaintiffs). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life."

Escobedo v. Applebees, 787 F.3d 1226, 1234 (9th Cir. 2015). Plaintiff's IFP Application cannot proceed because it has not been signed. ECF No. 2 at 1.

Accordingly, IT IS HEREBY ORDERED plaintiff's motion to proceed with IFP status (ECF No. 2) is DENIED without prejudice. Plaintiff must either file a signed application or pay the filing fee within 30 days of this order. If plaintiff fails to pay the filing fee or file a signed IFP application, this case will be dismissed for failure to prosecute.

DATED: September 24, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE